**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1937**

_____

In re:  DONOVAN MOENELL WILLIAMS,

        Petitioner.

_____

On Petitions for Writ of Mandamus. (5:21-ct-03174-D)

_____

Submitted:  December 6, 2022                    Decided:  January 4, 2023

_____

Before WYNN and DIAZ, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petitions denied by unpublished per curiam opinion.

_____

Donovan Moenell Williams, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donovan Moenell Williams petitions for a writ of mandamus requesting that we preclude the district court judge from presiding over his civil action. We conclude that Williams is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

We conclude that Williams is not entitled to mandamus relief. While mandamus may be used to seek recusal of a district court judge, *see In re Beard*, 811 F.2d 818, 827 (4th Cir. 1987), we conclude that Williams' allegations are insufficient to warrant recusal, *see Belue v. Leventhal*, 640 F.3d 567, 572-73 (4th Cir. 2011).

Accordingly, we deny Williams' petition and supplemental petition for a writ of mandamus. We also deny Williams' motion for extension of the deadline, a preliminary injunction, and appointment of counsel and his motion for help. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*